# Court of Appeals
# of the State of Georgia

ATLANTA, __October 23, 2025_____

*The Court of Appeals hereby passes the following order:*

## A26D0128. TAYLOR SHURNS v. AMERICA SANDOVAL.

Defendant Taylor Shurns filed this application for discretionary review, seeking to appeal a Marietta Municipal Court judgment adjudicating her guilty of failure to yield when turning left. Generally, municipal court orders must be appealed to the superior court. See OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court); *Reed v. State*, 229 Ga. App. 817, 819 (495 SE2d 313) (1997) (an appeal from a municipal court conviction lies in superior court). If the party is then aggrieved by the decision of the superior court, an application for discretionary review may be filed in this Court. See OCGA § 5-6-35(a)(1).

Under Court of Appeals Rule 11(b), "[w]hen an appeal or application filed in this Court is within the jurisdiction of another court, it shall be transferred by order to that court." Accordingly this application is hereby TRANSFERRED to the Marietta Municipal Court with direction to send it to the Cobb County Superior Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__10/23/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*